**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------- X
                                                       :
PRECISIONWORKS MFG, LLC, et al.,                       :
                                                       :
                                     Plaintiffs,       :          22 Civ. 8290 (LGS)
                                                       :
                    -against-                          :               ORDER
                                                       :
 UNION FUNDING SOURCE, INC., et al.,                   :
                                                       :
                                     Defendants.       :
----------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a hearing is scheduled in this action for October 13, 2022, at 4:40 P.M. in

Courtroom 110 of the United States District Court for the Southern District of New York at 40

Foley Square, New York, New York.  It is hereby

**ORDERED** that the hearing will instead be held **telephonically** on the following

conference line: 888-363-4749, access code: 558-3333.

Dated: October 13, 2022
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**