UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
PRECISIONWORKS MFG, LLC, et al., :
:
          Plaintiffs, :   22 Civ. 8290 (LGS)
:
     -against- :   ORDER
:
UNION FUNDING SOURCE, INC., et al., :
:
          Defendants. :
------------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, a hearing on the motion for a temporary restraining order was held on October 13, 2022. It is hereby

  **ORDERED** that Plaintiffs shall promptly serve a copy of the Complaint and the motion for a temporary restraining order on each Defendant who has not already appeared in this action. Plaintiffs shall file proof of such service on the docket as soon as possible and no later than **October 18, 2022**. It is further

  **ORDERED** that Defendant Fundamental Capital LLC shall file a letter motion to compel arbitration, not to exceed three pages, by **October 18, 2022**. Plaintiffs shall file a responsive letter, not to exceed the same, by **October 20, 2022**.

Dated: October 14, 2022
   New York, New York

                 _____
                 LORNA G. SCHOFIELD
                UNITED STATES DISTRICT JUDGE