UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PRECISIONWORKS MFG, LLC, ROBERT M. SMITH, and GREGORY S. GERNERT,

                Plaintiffs,

v.

UNION FUNDING SOURCE, INC., CLOUDFUND LLC, KALAMATA CAPITAL GROUP, LLC, RELIANCE FINANCIAL GROUP LLC, CEDAR ADVANCE LLC, PROSPERUM CAPITAL PARTNERS LLC, FUNDAMENTAL CAPITAL LLC, ACE FUNDING SOURCE LLC, WYNWOOD CAPITAL GROUP, LLC, and JOHN and JANE DOE DEFENDANTS,

                Defendants.
-----------------------------------------------------------X

Case No.: 22-cv-08920 (LGS)

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS AGAINST PROSPERUM CAPITAL PARTNERS, LLC ONLY**

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, PRECISIONWORKS MFG, LLC, ROBERT M. SMITH, and GREGORY S. GERNERT, by and through their counsel, John M. Stravato, voluntarily dismiss this action with prejudice as against PROSPERUM CAPITAL PARTNERS LLC only.

Dated: October 28, 2022

                                              _____s/John M. Stravato, Esq._____
                                              John M. Stravato, Esq.
                                              Attorney for Plaintiffs
                                              P.O. Box 298
_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**
                                              Bethpage, New York 11714
                                              E-Mail: johnmstravato@gmail.com
                                              Tel: (516) 633-2639

So Ordered.

The temporary restraining order dated October 18, 2022, shall no longer restrain and enjoin Defendant Prosperum Capital Partners LLC.

The Clerk of Court is respectfully directed to terminate Defendant Prosperum Capital Partners LLC only and to close the motion at Dkt. No. 31.

Dated: October 31, 2022
      New York, New York