**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

**CASE NO.  1:22-cv-08290-LGS**

PRECISIONWORKS MFG, LLC,
ROBERT M. SMITH, and
GREGORY S. GERNERT,

      Plaintiffs,

  v.

UNION FUNDING SOURCE, INC.,
CLOUDFUND LLC,
KALAMATA CAPITAL GROUP, LLC,
RELIANCE FINANCIAL GROUP LLC,
CEDAR ADVANCE LLC,
PROSPERUM CAPITAL PARTNERS LLC,
FUNDAMENTAL CAPITAL LLC,
ACE FUNDING SOURCE LLC,
WYNWOOD CAPITAL GROUP, LLC, and
JOHN and JANE DOE DEFENDANTS,

      Defendants,

So Ordered.

The temporary restraining order dated October 18, 2022, shall no longer restrain and enjoin Defendant Union Funding Source, Inc.

The Clerk of Court is respectfully directed to terminate only Union Funding Source, Inc. as a Defendant.

Dated: November 4, 2022
    New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
AS AGAINST UNION FUNDING SOURCE, INC. ONLY**

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs,

PRECISIONWORKS MFG, LLC, ROBERT M. SMITH, and GREGORY S. GERNERT, by

and through their counsel, John M. Stravato, voluntarily dismiss this action with prejudice as

against UNION FUNDING SOURCE, INC. only.   Plaintiffs and Defendant UNION

FUNDING SOURCE, INC. shall each bear his/its own attorney's fees and costs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 3, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Southern District of New York by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who have not yet appeared via Counsel will be served via regular mail.

Respectfully submitted,

/s/ John M. Stravato
**JOHN M. STRAVATO, ESQ.**
P.O. Box 298
Bethpage, NY 11714
Email:          johnmstravato@gmail.com
Telephone:     (516) 633-2639
*Trial Counsel for Plaintiffs*

2