UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
PRECISIONWORKS MFG, LLC, et al.,  :
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Plaintiffs,　　 :　　　　22 Civ. 8290 (LGS)
　　　　　　　　　　　　　　　　　　　:
　　　　　-against-　　　　　　　　　　 :　　　　ORDER
　　　　　　　　　　　　　　　　　　　:
UNION FUNDING SOURCE, INC., et al., :
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Defendants.　　:
------------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

　　　　WHEREAS, the Order dated October 27, 2022, directed Defendants Reliance Financial Group LLC, Cedar Advance LLC and Wynwood Capital Group, LLC to file a letter motion to compel arbitration by November 1, 2022.  Plaintiffs were directed to file a response by November 4, 2022;

　　　　WHEREAS, the aforementioned Defendants filed the letter motion on November 1, 2022;

　　　　WHEREAS, no response has been filed.  It is hereby

　　　　**ORDERED** that Plaintiffs shall file a response to the letter motion to compel arbitration, not to exceed two pages, by **November 8, 2022**.  If they do not do so, the motion will be considered unopposed.

Dated: November 7, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**LORNA G. SCHOFIELD**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**