**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- X
:
PRECISIONWORKS MFG, LLC, et al.,                :
:
                               Plaintiffs,    :    22 Civ. 8290 (LGS)
:
              -against-                   :    ORDER
:
UNION FUNDING SOURCE, INC., et al.,             :
:
                             Defendants.   :
------------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a hearing is scheduled in this action for November 14, 2022, at 2:00 P.M. in Courtroom 1106 of the United States District Court for the Southern District of New York at 40 Foley Square, New York, New York.  It is hereby

      **ORDERED** that the hearing will instead be held **telephonically** on the following conference line: 888-363-4749, access code: 558-3333.

Dated: November 14, 2022
       New York, New York

                                                  **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**