UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CASE NO. 1:22-cv-08290-LGS

PRECISIONWORKS MFG, LLC,
ROBERT M. SMITH, and
GREGORY S. GERNERT,

        Plaintiffs,

v.

UNION FUNDING SOURCE, INC., et al.

        Defendants,

The temporary restraining order dated October 18, 2022, shall no longer restrain and enjoin Defendants Cloudfund LLC, Reliance Financial Group LLC and Cedar Advance LLC.

The Clerk of Court is respectfully directed to terminate only Cloudfund LLC, Reliance Financial Group LLC and Cedar Advance LLC as Defendants.

Dated: November 15, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS AGAINST RELIANCE FINANCIAL LLC (SUED HEREIN AS RELIANCE FINANCIAL GROUP, LLC ONLY)

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, PRECISIONWORKS MFG, LLC, ROBERT M. SMITH, and GREGORY S. GERNERT, by and through their counsel, John M. Stravato, voluntarily dismiss this action with prejudice as against RELIANCE FINANCIAL LLC (sued herein as Reliance Financial Group, LLC) only. Plaintiffs and Defendant RELIANCE FINANCIAL LLC (sued herein as Reliance Financial Group, LLC) shall each bear his/its own attorney's fees and costs.

        Respectfully submitted,

        /s/ John M. Stravato
**JOHN M. STRAVATO, ESQ.**
P.O. Box 298
Bethpage, NY 11714
Email:      johnmstravato@gmail.com
Telephone:  (516) 633-2639
*Trial Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on November 14th, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Southern District of New York by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who have not yet appeared via Counsel will be served via regular mail.

        Respectfully submitted,

        _/s/ John M. Stravato_____