```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
PRECISIONWORKS MFG, LLC, et al.,                               :
                                    Plaintiffs,                :
                                                               :      22 Civ. 8290 (LGS)
              -against-                                        :
                                                               :              ORDER
UNION FUNDING SOURCE, INC., et al.,                            :
                                    Defendants.                :
                                                               :
-------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated October 25, 2022, required the parties to file a joint letter regarding the status of arbitration by December 27, 2022;

WHEREAS, the parties failed to submit the letter.  It is hereby

**ORDERED** that, by **January 4, 2023**, the parties shall file the status letter.

Dated: December 28, 2022
       New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**