UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PRECISIONWORKS MFG, LLC, et al.,
                                      Plaintiffs,

-against-

UNION FUNDING SOURCE, INC., et al.,
                                      Defendants.
------------------------------------------------------------X

22 Civ. 8290 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated October 25, 2022, required the parties to file a joint letter regarding the status of arbitration by December 27, 2022;

WHEREAS, the parties failed to submit the letter;

WHEREAS, the Order dated December 28, 2022, required the parties to file the late status letter by January 4, 2023;

WHEREAS, no such letter has been filed. It is hereby

**ORDERED** that, by **January 11, 2023**, the parties shall file the status letter.

Dated: January 6, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**