UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CASE NO. 1:22-cv-08290-LGS

PRECISIONWORKS MFG, LLC,
ROBERT M. SMITH, and
GREGORY S. GERNERT,

    Plaintiffs,

  v.

UNION FUNDING SOURCE, INC.,
CLOUDFUND LLC,
KALAMATA CAPITAL GROUP, LLC,
RELIANCE FINANCIAL GROUP LLC,
CEDAR ADVANCE LLC,
PROSPERUM CAPITAL PARTNERS LLC,
FUNDAMENTAL CAPITAL LLC,
ACE FUNDING SOURCE LLC,
WYNWOOD CAPITAL GROUP, LLC, and
JOHN and JANE DOE DEFENDANTS,

    Defendants,

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## AS AGAINST FUNDAMENTAL CAPITAL LLC ONLY

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, PRECISIONWORKS MFG, LLC, ROBERT M. SMITH, and GREGORY S. GERNERT, by and through their counsel, John M. Stravato, voluntarily dismiss this action with prejudice as against FUNDAMENTAL CAPITAL LLC only. Plaintiffs and Defendant FUNDAMENTAL CAPITAL LLC shall each bear his/its own attorney's fees and costs.

    Respectfully submitted,

    /s/ John M. Stravato
    **JOHN M. STRAVATO, ESQ.**
    P.O. Box 298
    Bethpage, NY 11714
    Email:    johnmstravato@gmail.com
    Telephone:    (516) 633-2639
    *Trial Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 9, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Southern District of New York by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who have not yet appeared via Counsel will be served via regular mail.

                                            Respectfully submitted,

                                            /s/ John M. Stravato