# JOHN M. STRAVATO
## Attorney at Law

5 Bagatelle Road<br>
Dix Hills, New York  11746<br>
Office: (631) 845-1200<br>
Cell: (516) 633-2639<br>
email:  JohnMStravato@gmail.com

*[Signature]*
**Lorna G. Schofield**
**United States District Judge**

January 10, 2023

The action against the John Doe and Jane Doe Defendants is dismissed.  So Ordered.

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The Clerk of Court is respectfully directed to close this case.

Dated: January 10, 2023
      New York, New York

Re:   *PrecisionWorks MFG, LLC, et al. v. Union Funding Source, Inc., et al.*
      Case No: 1:22-cv-08290-LGS

Dear Judge Schofield:

    This Firm represents Plaintiffs in the above-referenced matter.  Pursuant to the Court Order dated January 6, 2023 [DE 85], Plaintiffs submit this letter to advise the Court of the status of the arbitration between Plaintiffs and Fundamental Capital, LLC.

    We are pleased to report that Plaintiffs and Fundamental Capital, LLC were able to resolve their claims against one another and have entered into a settlement agreement.  In accordance with the terms of the agreement, Plaintiffs' claims herein against Fundamental Capital were dismissed, with prejudice.  A Notice of Voluntary Dismissal was submitted to the Court on January 9, 2023 [DE 86].  At this juncture, all Defendants in this case have been voluntarily dismissed, with prejudice.

    We thank this Court for its assistance in this matter.

    In the event Your Honor has any questions or requires anything further from us, please do not hesitate to contact us.

    Respectfully submitted,

    *s/ John M. Stravato, Esq.*

    John M. Stravato, Esq.